CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
3/31/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| FRANK VEGA, <br><br> *Plaintiff,* <br><br> v. <br><br> AMURCON REALTY COMPANY, *et al.*, <br><br> *Defendants.* | CASE NO. 6:24-cv-00020 <br><br> **ORDER** <br><br> JUDGE NORMAN K. MOON |

Pursuant to a Memorandum Opinion issued this day, Plaintiff Frank Vega's First Amended Complaint will be **DISMISSED** in its entirety because it fails to state a claim upon which relief can be granted. The Court will also **DENY** the Plaintiff's request for leave to file a Second Amended Complaint because the proposed amendments would be futile. Dkt. 32.

For the reasons stated in the Memorandum Opinion, the Court **GRANTS** both pending motions to dismiss. Dkts. 28, 37. The Plaintiff's claims against the Amurcon Defendants are dismissed *without prejudice* and his claims against the PeopleReady Defendants are dismissed *with prejudice.*

The Plaintiff shall have **30 days** to file an amended complaint, if he so chooses.

IT IS **SO ORDERED.**

Entered this 31st day of March, 2025.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE