CLERKS OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
11/20/2025
LAURA A. AUSTIN, CLERK
BY: s/ ARLENE LITTLE
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### LYNCHBURG DIVISION

| | |
|---|---|
| FRANK VEGA, | CASE NO. 6:24-CV-00020 |
| *Plaintiff,* | |
| v. | ORDER |
| AMURCON REALTY COMPANY, | |
| *Defendant.* | JUDGE NORMAN K. MOON |

For the reasons set forth in the Court's accompanying opinion, the Court finds that Plaintiff Vega fails to establish Amurcon Realty Company's legitimate reasons are pretext for disability discrimination. Accordingly, the Court hereby **GRANTS** Amurcon Realty Company's motion for summary judgment. Dkt. 61.

It is **SO ORDERED.**

The Clerk of Court is directed to send a copy of this order to all counsel of record.

Entered this the  20th  day of November, 2025.

*[Signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE